**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Virginia DOUGLAS, Defendant–
Appellant.**

No. 01–6893.

United States Court of Appeals,
Fourth Circuit.

Submitted July 26, 2001.

Decided Aug. 2, 2001.

Virginia Douglas, pro se. Jamie M. Bennett, Assistant United States Attorney, Baltimore, MD, for appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Virginia Douglas seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *United States v. Douglas,* Nos. CR–98–315–CCB; CA–01–747–CCB (D.Md. Mar. 27, 2001). We dispense with oral argument because the

---

\* Douglas' claims based upon the rule announced in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), are without merit. We recently held in *Unit-*

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

*ed States v. Sanders,* 247 F.3d 139 (4th Cir. 2001), that the new rule announced in *Apprendi* is not retroactively applicable to cases on collateral review.